RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jaime Moreno-Ayon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME MORENO-AYON,<br><br>　　　　　Defendant. | Case No. 2:17-cr-066-JAD-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, Kathryn C. Newman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jaime Moreno-Ayon, that the Sentencing Hearing currently scheduled on September 5, 2017 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.　　Defense counsel will be in trial in *United States v. Mendoza*, Case No. 2:16-cr-324-LRH-GWF, on the currently scheduled sentencing date.

2. Additionally, defense counsel requires additional time to meet and confer with Mr. Moreno-Ayon regarding his presentence investigation report.

3. The defendant is in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 18th day of August, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JAIME MORENO-AYON,

    Defendant.

Case No. 2:17-cr-066-JAD-NJK

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, September 5, 2017 at 10:00 a.m., be vacated and continued to October 16, 2017 at 11:00 a.m.

DATED this 22nd day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE